Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Eugene Macy,<br><br>        Plaintiff,<br>  v.<br><br>Mehrizi Properties, LLC,<br><br>        Defendant. | Case No. 2:22-cv-02257-TLN-AC<br><br>**ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT** |

Having considered the stipulation of Joshua Eugene Macy ("Plaintiff") and Mehrizi Properties, LLC ("Defendant") to set aside the clerk's January 25, 2023 entry of default at ECF 6, it is

ORDERED that Defendant's default is hereby set aside. Defendant shall file a responsive pleading within 21 days of the date of this order.

Dated: February 13, 2023

Troy L. Nunley
United States District Judge

ORDER
1