Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Eugene Macy,<br><br>    Plaintiff,<br>v.<br><br>Mehrizi Properties, LLC,<br><br>    Defendant. | Case No. 2:22-cv-02257-TLN-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT; NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE** |

Joshua Eugene Macy ("Plaintiff") and Mehrizi Properties, LLC ("Defendant") stipulate and agree to dismiss Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant hereby dismisses its third-party complaint against Estate of Iris P Channell without prejudice.

Dated: May 11, 2023

    Law Office of Rick Morin, PC

    /s/ Richard Morin

    Richard Morin
    Attorney for Plaintiff

Dated: May 11, 2023

    Law Offices of Mark R. Mittelman PC

    /s/ Mark R. Mittelman
    Mark R. Mittelman
    Attorney for Defendant
    *Signature authorized May 11, 2023*